Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
mparetti@swlaw.com
*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE HADDAD, an individual; DESERT INN MOBILE FAMILY ESTATES OWNERS ASSOCIATION; a Nevada non-profit corporation; VIAL FOTHERINGHAM LLP, an Oregon limited-liability partnership;<br><br>Defendants. | Case No. 2:17-cv-01511-RFB-CWH<br><br>**ORDER GRANTING WELLS FARGO FINANCIAL NEVADA 2, INC.'S MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

Pursuant to the Court's Minute Order dated August 28, 2017 granting Wells Fargo Financial Nevada 2, Inc.'s ("Wells Fargo") Motion for Enlargement of Time (First Request) [Doc. No. 16], and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Plaintiff Wells Fargo Financial Nevada 2, Inc. shall have up to and including November 22, 2017 in which to serve the Summons and Complaint on Defendant Eddie Haddad.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2017

Respectfully submitted:

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
　　Kelly H. Dove, Esq.
　　Nevada Bar No. 10569
　　Michael Paretti, Esq.
　　Nevada Bar No. 13926
　　3883 Howard Hughes Parkway, Suite 1100
　　Las Vegas, NV 89169
　　*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

4824-5541-7166