Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
        mparetti@swlaw.com
*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada corporation, | Case No.  2:17-cv-01511-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DESERT INN MOBILE FAMILY ESTATES OWNERS ASSOCIATION** |
| EDDIE HADDAD, an individual; DESERT INN MOBILE FAMILY ESTATES OWNERS ASSOCIATION; a Nevada non-profit corporation; VIAL FOTHERINGHAM LLP, an Oregon limited-liability partnership; | |
| Defendants. | |

Plaintiff Wells Fargo Financial Nevada 2, Inc. ("Wells Fargo"), and Defendant Desert Inn Mobile Family Estates Owners Association ("Desert Inn," and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 161-16-210-044, commonly known as 3658 Death Valley Drive, Las Vegas, Nevada 89122 (the "Property");

WHEREAS, Wells Fargo filed its Complaint on May 26, 2017, alleging several cause of actions against Desert Inn; and

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, Desert Inn disclaims any current ownership interest in the Property.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.  The Complaint is dismissed without prejudice as to Desert Inn only, with each party to bear its own fees/costs.

2.  Desert Inn acknowledges that this action seeks clarification of title to the Property, which is located within the Desert Inn community. While Desert Inn expressly waives no rights or defenses, Desert Inn shall be bound by any non-monetary final order, judgment or decree as to the disposition of the title of the Property.

3.  Any statute of limitations for the causes of action asserted against Desert Inn in the Complaint shall be tolled from the date this Stipulation is signed by the parties until the litigation is fully and finally concluded.

4.  Within thirty (30) days after entry of this Stipulation and Order, Desert Inn shall produce to Wells Fargo's attorneys of record any documents relevant to the above-captioned litigation along with a Certificate of Custodian of Records.

5.  Upon request by Wells Fargo, Desert Inn shall produce, to Wells Fargo's attorneys of record, a knowledgeable witness for deposition regarding the facts and circumstances in this case. Wells Fargo shall give Desert Inn 30 days' notice of the deposition and coordinate the time, date and location with Desert Inn. Desert Inn will also produce a similar witness for trial, if necessary.

///
///
///
///
///
///
///
///
///
///

1    Wherefore, the undersigned request this Court enter an Order granting the above

2 stipulation.

3

4 Dated: October 9, 2017                    Dated: October 9, 2017

5 SNELL & WILMER L.L.P.                     DENNETT WINSPEAR, LLP

6
                                           By: */s/ Matthew A. Sarnoski*
7 By: */s/ Michael Paretti*                    Gina Gilbert Winspear, Esq.
      Kelly H. Dove, Esq.                      Nevada Bar No. 5552
8     Nevada Bar No. 10569                     Matthew Allen Sarnoski, Esq.
      Michael Paretti, Esq.                    Nevada Bar No. 9176
9     Nevada Bar No. 13926                     3301 N. Buffalo Drive, Suite 195
      3883 Howard Hughes Parkway, Suite 1100   Las Vegas, NV 89129
10    Las Vegas, NV 89169                      *Attorneys for Defendant Desert Inn Mobile*
      *Attorneys for Plaintiff Wells Fargo*    *Family Estates Owners Association*
11    *Financial Nevada 2, Inc.*

12

13                                        **<u>ORDER</u>**

14

15                                 **IT IS SO ORDERED.**

16

17                      _____

18                      RICHARD F. BOULWARE, II
                        United States District Judge
19

20                      DATED: ___October 11, 2017.___

21    4811-1742-1388

22

23

24

25

26

27

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200