Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
mparetti@swlaw.com
*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE HADDAD, an individual; DESERT INN MOBILE FAMILY ESTATES OWNERS ASSOCIATION; a Nevada non-profit corporation; VIAL FOTHERINGHAM LLP, an Oregon limited-liability partnership;<br><br>Defendants. | Case No. 2:17-cv-01511-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AND ALL RELATED CASES | |

Plaintiff Wells Fargo Financial Nevada 2, Inc. ("Wells Fargo") and Eddie Haddad ("Haddad," and with Wells Fargo, the "Parties"), stipulate and agree that an order may be entered dismissing this action, and each and all of the claims and causes of action, counterclaims, and crossclaims asserted herein, with prejudice, with each party to bear its own attorneys' fees and costs.

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, counterclaims, crossclaims, and/or grievances

related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

Dated: August 1, 2019.

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Michael Paretti, Esq.
    Nevada Bar No. 13926
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

Dated: August 1, 2019

LAW OFFICES OF MICHAEL S. BOHN, ESQ., LTD.

By: */s/ Michael F. Bohn*
    Michael F. Bohn, Esq.
    Nevada Bar No. 1641
    Adam R. Trippiedi, Esq.
    Nevada Bar No. 12294
    2260 Corporate Circle, Ste. 480
    Henderson, Nevada 89074
*Attorneys for Defendant Eddie Haddad*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of August, 2019.

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated:

|  |  |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| \_\_\_\_X\_\_\_\_\_ | Electronic Filing |

and addressed to the following:

Michael F. Bohn, Esq.
Adam R. Trippiedi, Esq.
Law Offices of Michael F. Bohn, Esq., Ltd.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys for Defendant Eddie Haddad*

DATED August 1, 2019.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.